AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

FILED _____ LODGED
✗ RECEIVED ___ COPY

OCT 2 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Andrew Moon
*Defendant*

)
)
)
)
)
)
)

Case No.   CR-22-00700-001-PHX-DWL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Andrew Moon                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

'  18:3146: Failure to Appear

Date:  _____July 13, 2022_____

City and state:  Phoenix, Arizona

ISSUED ON 4:53 pm, Jul 13, 2022
s/ Debra D. Lucas, Clerk

_____
*Issuing officer's signature*

Kenneth G. Miller, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/13/2022 and the person was arrested on *(date)* 10/1/2025 at *(city and state)* San Diego, CA . |

Date:  10/1/2025

_____
by: *Arresting officer's signature*
CBP
*Printed name and title*

cc: PTS